# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

Registration Number

**TX 8-503-571**

Effective Date of Registration:
November 06, 2017

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

| | |
|---|---|
| **Title of Work:** | Winning Isn't Normal |
| **Title of Larger Work:** | Winning Isn't Normal |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | July 18, 2010 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 0-945609-96-5 |

## Author

| | |
|---|---|
| • **Author:** | Keith Frank Bell |
| **Author Created:** | text |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1948 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Keith Frank Bell |
| | 3101 Mistyglen Circle, Austin, TX, 78746, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | text |
| **Previous registration and year:** | TX 2 672 644, 1989 |
| **New material included in claim:** | text |

## Rights and Permissions

EXHIBIT 2

Page 1 of 2

Name: Keith Frank Bell
Email: drkeithbell@gmail.com
Telephone: (512)327-2260
Address: 3101 Mistyglen Circle
Austin, TX 78746 United States

## Certification

Name: Keith F. Bell
Date: November 06, 2017

